UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Raymond E. Glidden

       v.                              Case No. 09-cv-297-SM

New Hampshire State Prison, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 28, 2009, for the reasons set forth therein. The petition for a writ of habeas corpus (document no. 1) is hereby dismissed.

SO ORDERED.

October 15, 2009

_____
Steven J. McAuliffe
Chief Judge

cc:    Philip Desfosses, Esq.